# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Shaik Sameer Ahmed, Sami Unnisa, S.A.<br><br>*Plaintiff(s)*<br><br>v.<br><br>Ur M. Jaddou, *Director, United States Citizenship and Immigration Services*<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.   2:23-cv-00415 |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 7) filed May 24, 2024, Defendant's Motion to Dismiss (Document No. 6) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date: May 29, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   5/29/2024

*/s/ Sharrah J. LeClair*
Signature of Clerk or Deputy Clerk